## GUMPERT v. STATE.    (No. 6126.)

(Court of Criminal Appeals of Texas.    Feb. 16, 1921.    Rehearing Denied March 16, 1921.)

Appeal from District Court, Ellis County; F. L. Hawkins, Judge.

L. W. Gumpert was convicted of passing a forged instrument, and he appeals. Affirmed.

James E. Yeager, of Waco, for appellant.

C. M. Cureton, Atty. Gen., and Walace Hawkins and Tom L. Beauchamp, Asst. Attys. Gen., for the State.

MORROW, P. J. Appellant is convicted of passing a forged instrument, and punishment fixed at confinement in the penitentiary for a period of two years.

We find in the records neither statement of facts nor bills of exceptions. So far as their questions of law are presented, they are identical with those reviewed in the case of the same appellant—No. 6125, 228 S. W. 237. The conclusions and authorities there presented will control in the instant case.

The judgment is affirmed

HAWKINS, J., not sitting.

---

## GUMPERT v. STATE.    (No. 6124.)

(Court of Criminal Appeals of Texas.    Feb. 16, 1921.    Rehearing Denied March 16, 1921.)

Appeal from District Court, Ellis County; F. L. Hawkins, Judge.

L. W. Gumpert was convicted of passing a forged instrument, and he appeals. Affirmed.

James E. Yeager, of Waco, for appellant.

C. M. Cureton, Atty. Gen., and Walace Hawkins and Tom L. Beauchamp, Asst. Attys. Gen., for the State.

MORROW, P. J. Appellant is convicted of passing a forged instrument, and punishment fixed at confinement in the penitentiary for two years.

The case was tried upon a plea of guilty. Evidence was heard, and, as embodied in the statement of facts, is sufficient to support the judgment of guilt.

The indictment was attacked by a motion to quash and motion in arrest of judgment. The questions presented are in substance the same as those reviewed in the case of the same appellant—No. 6125, 228 S. W. 237. We therein held that the records revealed no error committed by the trial court. Of this record we express the same opinion.

The judgment is affirmed.

HAWKINS, J., not sitting.